NUMBER 13-01-438-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


___________________________________________________________________


JAMES ROBERT SAUNDERS , Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 24th District Court 

of Victoria County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, JAMES ROBERT SAUNDERS , perfected an appeal from a judgment entered by the 24th District Court of
Victoria County, Texas, in cause number 00-11-18,545-A . Appellant has filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of December, 2001.